| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Adams, Henry L | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 N. Hogan Street, Ste. 11200<br>Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 18 A 9: 43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Florida (Retirement) | $ 28,295.73 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | State of Florida (Retirement income) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Florida Bar CLE | June 22 - 24 Orlando, Florida - Judicial Roundtable Panel (Transportation, Meals & Hotel) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BankAmerica VISA | Credit Card | J |
| 2. First Union MasterCard | Credit Card | J |
| 3. Chase MasterCard | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Security Life Ins. Co. n/k/a Nationwide | | None | L | T | None | | | | |
| 2. Aetna Life & Annuity Co. n/k/a ING | | None | L | T | None | | | | |
| 3. Aetna Life & Annuity Co. n/k/a ING | | None | L | T | None | | | | |
| 4. Gov't Employees Credit Union | A | Interest | K | T | None | | | | |
| 5. Kaufmann Mutual Fund n/k/a Federated Kaufmann Mutual Fund | A | Dividend | L | T | See below: | | | | |
| 6. " " | | | | | Buy | 1/21 | J | | |
| 7. " " | | | | | Buy | 2/20 | J | | |
| 8. " " | | | | | Buy | 3/20 | J | | |
| 9. " " | | | | | Buy | 4/21 | J | | |
| 10. " " | | | | | Buy | 5/20 | J | | |
| 11. " " | | | | | Buy | 6/20 | J | | |
| 12. " " | | | | | Buy | 7/21 | J | | |
| 13. " " | | | | | Buy | 8/20 | J | | |
| 14. " " | | | | | Buy | 9/22 | J | | |
| 15. " " | | | | | Buy | 10/20 | J | | |
| 16. " " | | | | | Buy | 11/20 | J | | |
| 17. " " | | | | | Buy | 12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Kaufmann (cont'd) | | | | | Buy | 12/22 | J | | |
| 19. Parcel 1, Jax., FL | | None | J | S | None | | | | |
| 20. Parcel 2, Jax., FL | | None | J | S | None | | | | |
| 21. Parcel 3, Jax., FL | | None | J | S | None | | | | |
| 22. Dreyfus (Mutual fund) | A | Dividend | J | T | See below: | | | | |
| 23. " " | | | | | Buy | 01/18 | J | | |
| 24. " " | | | | | Buy | 02/15 | J | | |
| 25. " " | | | | | Buy | 03/15 | J | | |
| 26. " " | | | | | Buy | 04/15 | J | | |
| 27. " " | | | | | Buy | 05/16 | J | | |
| 28. " " | | | | | Buy | 06/15 | J | | |
| 29. " " | | | | | Buy | 07/15 | J | | |
| 30. " " | | | | | Buy | 08/15 | J | | |
| 31. " " | | | | | Buy | 09/15 | J | | |
| 32. " " | | | | | Buy | 10/15 | J | | |
| 33. " " | | | | | Buy | 11/17 | J | | |
| 34. " " | | | | | Buy | 12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Delhaize America, Inc. fka Food Lion, Inc. (ADR) | A | Dividend | J | T | None | | | | |
| 36. Anheuser-Busch Companies, Inc. (Common Stock) | A | Dividend | J | T | See below: | | | | |
| 37. " " | | | | | Buy | 01/10 | J | | |
| 38. " " | | | | | Buy | 02/14 | J | | |
| 39. " " | | | | | Buy | 05/12 | J | | |
| 40. " " | | | | | Buy | 06/09 | J | | |
| 41. " " | | | | | Buy | 07/11 | J | | |
| 42. " " | | | | | Buy | 09/19 | J | | |
| 43. " " | | | | | Buy | 10/10 | J | | |
| 44. " " | | | | | Buy | 11/15 | J | | |
| 45. " " | | | | | Buy | 12/09 | J | | |
| 46. Anheuser-Busch Companies, Inc. (Custodial account) | A | Dividend | J | T | See below: | | | | |
| 47. " " | | | | | Buy | 01/10 | J | | |
| 48. " " | | | | | Buy | 02/14 | J | | |
| 49. " " | | | | | Buy | 05/12 | J | | |
| 50. " " | | | | | Buy | 06/09 | J | | |
| 51. " " | | | | | Buy | 07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Anheuser Busch (custodial) (cont'd) | | | | | Buy | 09/09 | J | | |
| 53. " " | | | | | Buy | 10/10 | J | | |
| 54. " " | | | | | Buy | 11/15 | J | | |
| 55. " " | | | | | Buy | 12/09 | J | | |
| 56. Microsoft, Inc. (Common stock) | A | Dividend | J | T | See below: | | | | |
| 57. " " | | | | | Buy | 01/06 | J | | |
| 58. " " | | | | | Buy | 01/06 | J | | |
| 59. " " | | | | | Buy | 02/08 | J | | |
| 60. " " | | | | | Buy | 03/08 | J | | |
| 61. " " | | | | | Buy | 04/06 | J | | |
| 62. " " | | | | | Buy | 05/06 | J | | |
| 63. " " | | | | | Buy | 06/07 | J | | |
| 64. " " | | | | | Buy | 07/06 | J | | |
| 65. " " | | | | | Buy | 08/08 | J | | |
| 66. " " | | | | | Buy | 09/07 | J | | |
| 67. " " | | | | | Buy | 10/06 | J | | |
| 68. " " | | | | | Buy | 11/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft (cont'd) | | | | | Buy | 12/06 | J | | |
| 70. AOL Time Warner nka Time Warner (Common stock) | A | Dividend | J | T | None | | | | |
| 71. Microstrategy, Inc. (Common stock) | | | J | T | Sell | 07/29 | J | A | |
| 72. CP Ships Ltd. (Common stock) | A | Dividend | J | T | Sell | 09/06 | J | A | |
| 73. Canadian Pacific Railway Ltd. (Common stock) | A | Dividend | J | T | Sell | 09/06 | J | A | |
| 74. Fairmont Hotels Resorts, Inc. (Common stock) | A | Dividend | J | T | Sell | 09/06 | J | A | |
| 75. Fording, Inc. (Common stock) | A | Dividend | J | T | Sell | 09/06 | J | A | |
| 76. Pancanadian Energy Corp. (Common stock) | A | Dividend | J | T | Sell | 09/06 | J | A | |
| 77. AT&T (Common stock) | A | Dividend | J | T | See below: | | | | |
| 78. " " | | | | | Buy | 01/06 | J | | |
| 79. " " | | | | | Buy | 01/21 | J | | |
| 80. " " | | | | | Buy | 02/23 | J | | |
| 81. " " | | | | | Buy | 03/22 | J | | |
| 82. " " | | | | | Buy | 04/22 | J | | |
| 83. " " | | | | | Buy | 05/23 | J | | |
| 84. " " | | | | | Buy | 06/22 | J | | |
| 85. " " | | | | | Buy | 07/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AT&T (cont'd) | | | | | Buy | 08/22 | J | | |
| 87. " " | | | | | Buy | 09/19 | J | | |
| 88. " " | | | | | Buy | 10/24 | J | | |
| 89. " " | | | | | Buy | 11/25 | J | | |
| 90. " " | | | | | Buy | 12/22 | J | | |
| 91. Johnson & Johnson (Common stock)(Custodial) | A | Dividend | J | T | See below: | | | | |
| 92. " " | | | | | Buy | 01/07 | J | | |
| 93. " " | | | | | Buy | 02/07 | J | | |
| 94. " " | | | | | Buy | 03/08 | J | | |
| 95. " " | | | | | Buy | 04/07 | J | | |
| 96. " " | | | | | Buy | 05/09 | J | | |
| 97. " " | | | | | Buy | 06/07 | J | | |
| 98. " " | | | | | Buy | 07/07 | J | | |
| 99. " " | | | | | Buy | 08/08 | J | | |
| 100. " " | | | | | Buy | 09/07 | J | | |
| 101. " " | | | | | Buy | 10/07 | J | | |
| 102. " " | | | | | Buy | 11/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | S –Assessment | | | |
| | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Johnson & Johnson (cont'd) | | | | | Buy | 12/13 | J | | |
| 104. Lucent, Inc. (Common stock) | | None | J | T | | | | | |
| 105. Covad, Inc. (Common stock) | | None | J | T | | | | | |
| 106. Pfizer, Inc. (Common stock) | A | Dividend | J | T | See below: | | | | |
| 107. " " | | | | | Buy | 01/20 | J | | |
| 108. " " | | | | | Buy | 02/17 | J | | |
| 109. " " | | | | | Buy | 03/17 | J | | |
| 110. " " | | | | | Buy | 04/21 | J | | |
| 111. " " | | | | | Buy | 05/19 | J | | |
| 112. " " | | | | | Buy | 06/16 | J | | |
| 113. " " | | | | | Buy | 07/21 | J | | |
| 114. " " | | | | | Buy | 08/18 | J | | |
| 115. " " | | | | | Buy | 09/22 | J | | |
| 116. " " | | | | | Buy | 10/20 | J | | |
| 117. " " | | | | | Buy | 11/17 | J | | |
| 118. " " | | | | | Buy | 12/22 | J | | |
| 119. Winn-Dixie (Common stock) | | | J | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Coco-Cola, Inc. (Common stock)(Custodial Account) | A | Dividend | J | T | | | | | |
| 121. Ford Motors (Common stock) | A | Dividend | J | T | See below: | | | | |
| 122. " " | | | | | Buy | 01/06 | J | | |
| 123. " " | | | | | Buy | 02/03 | J | | |
| 124. " " | | | | | Buy | 03/03 | J | | |
| 125. " " | | | | | Buy | 04/07 | J | | |
| 126. " " | | | | | Buy | 05/05 | J | | |
| 127. " " | | | | | Buy | 06/02 | J | | |
| 128. " " | | | | | Buy | 07/07 | J | | |
| 129. " " | | | | | Buy | 08/04 | J | | |
| 130. " " | | | | | Buy | 09/08 | J | | |
| 131. " " | | | | | Buy | 10/06 | J | | |
| 132. " " | | | | | Buy | 11/03 | J | | |
| 133. " " | | | | | Buy | 12/08 | J | | |
| 134. Tyson Foods (Common stock) | A | Dividend | J | T | See below: | | | | |
| 135. " " | | | | | Buy | 01/27 | J | | |
| 136. " " | | | | | Buy | 02/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Tyson Foods (cont'd) | | | | | Buy | 03/31 | J | | |
| 138. " " | | | | | Buy | 05/05 | J | | |
| 139. " " | | | | | Buy | 06/02 | J | | |
| 140. " " | | | | | Buy | 07/07 | J | | |
| 141. " " | | | | | Buy | 08/04 | J | | |
| 142. " " | | | | | Buy | 09/08 | J | | |
| 143. " " | | | | | Buy | 10/06 | J | | |
| 144. " " | | | | | Buy | 11/03 | J | | |
| 145. " " | | | | | Buy | 12/08 | J | | |
| 146. Florida Rock Industries (Common Stock) | A | Dividend | J | T | Buy | 09/06 | J | | |
| 147. IVI Communications, Inc. (Common Stock) | | | J | T | Buy | 09/30 | J | | |
| 148. Conoco Phillips (Custodial Account) | A | Dividend | J | T | See below: | | | | |
| 149. " " | | | | | Buy | 04/22 | J | | |
| 150. " " | | | | | Buy | 04/29 | J | | |
| 151. " " | | | | | Buy | 05/27 | J | | |
| 152. " " | | | | | Buy | 06/24 | J | | |
| 153. " " | | | | | Buy | 07/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Conoco Phillips (cont'd) | | | | | Buy | 08/26 | J | | |
| 155. " " | | | | | Buy | 09/30 | J | | |
| 156. " " | | | | | Buy | 10/28 | J | | |
| 157. " " | | | | | Buy | 11/25 | J | | |
| 158. " " | | | | | Buy | 12/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/11/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig_____    _____e _5-11-2006_

NOT_____AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>